**Exhibit B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES ECKERT,<br><br>                            Plaintiff,<br><br>v.<br><br>BLANK SLATE MEDIA, LLC<br><br>                            Defendant. | Case No.: 19-cv-00120 (DLI-LB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>ECF Case |

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Charles Eckert and defendant Blank Slate Media, LLC, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: July 30, 2019

_____
James H. Freeman
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff Charles Eckert*

Dated: June 28, 2019

_____
William Lawrence
FRANKFURT KURNIT KLEIN & SELZ P.C.
488 Madison Ave, 10th Floor
New York, NY 10022
(212) 980-0120

*Attorneys for Defendant Blank Slate Media LLC*

Date: _____

SO ORDERED:

7

_____
Dora Lizette Irizarry (U.S.D.J.)